STATE

v.

**Daniel DiSALVO.**

**No. 81–373–M.P.**

Supreme Court of Rhode Island.

Sept. 24, 1981.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Salmanson, Sp. Asst. Atty. Gen., for plaintiff.

Daniel DiSalvo, pro se.

ORDER

The petition for writ of habeas corpus is denied.

BEVILACQUA, C. J., and SHEA, J., did not participate.